■ In the Matter of the Estate of MORTIMER SCHWARTZ, Deceased. GLADYS SCHWARTZ, Respondent; SHELLEY B. ELKINS, Appellant.—In a proceeding for the issuance of letters of administration, the objectant appeals from (1) an order of the Surrogate's Court, Queens County, dated May 2, 1978, which dismissed her objections and (2) a decree of the same court, dated May 16, 1978, which awarded letters of administration to the petitioner. Order and decree affirmed, with one bill of costs to respondent to be paid out of the estate, on the opinion of Surrogate Laurino *(Matter of Schwartz,* 94 Misc 2d 1024). O'Connor, J. P., Gulotta, Margett and Mangano, JJ., concur.

■ In the Matter of THE COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, as Assignee of DENISE W., Respondent, v ROBERT M., Appellant.—In a filiation proceeding, the appeal (by permission) is from an order of the Family Court, Kings County, dated April 10, 1978, which denied appellant's motion for an examination before trial of the petitioner and her assignor. Order reversed, on the law, and motion granted, without costs or disbursements. The examination shall proceed at a time and place to be fixed in a written notice of not less than 20 days to be given by the appellant, or at such time and place as the parties may agree. Appellant is entitled to an examination before trial as of right without the necessity of showing special circumstances (see *Matter of Maureen E. O'H. v Nicholas C.,* 65 AD2d 491). Damiani, J. P., Suozzi, Lazer and Rabin, JJ., concur.